IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:07-CV-219-DCK

| UNITED STATES POSTAL SERVICE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| CAROL P. NIXON and PERRY T. NIXON, JR., | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and this matter is ripe for review. The undersigned notes that this case was filed May 30, 2007 and that there has been no activity since August 23, 2007. Therefore, pursuant to Local Rule 16.1, it is necessary and proper that the parties conduct an Initial Attorney's Conference ("IAC") and promptly file a Certification of Initial Attorney's Conference ("CIAC") and proposed discovery plan.

**IT IS, THEREFORE, ORDERED** that the parties shall conduct an IAC and file a CIAC and proposed discovery plan on or before **August 4, 2008**.

**SO ORDERED**.

Signed: July 15, 2008

David C. Keesler
United States Magistrate Judge