# United States District Court
# For The Western District of North Carolina
# Charlotte Division

United States Postal Service,

       Plaintiff,                              JUDGMENT IN A CIVIL CASE

vs.                                             3:07-cv-219-DCK

Perry T. Nixon, Jr. and Carol P. Nixon,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion for Summary Judgment and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 1, 2009 Order.

                                          Signed: September 1, 2009

                                          Frank G. Johns, Clerk
                                          United States District Court